UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                                              )
                                                    )
    DONALD D. DELLORTO and                        )    Case No. 04-75399
    MICHELLE J. DELLORTO,                          )
                  Debtor(s).                 )

### NOTICE OF DEFAULT AND FAILURE TO COMPLY WITH ORDER

    NOW COMES, National City Mortgage Co., by its attorneys, Heavner, Scott, Beyers & Mihlar, LLC, and hereby gives notice that the Debtors have failed to comply with the Order entered on December 30, 2005. Pursuant to the Order, Debtors were to cure the post-petition default and make post-petition payments in a timely fashion. The Debtors have failed to tender post-petition payments due for the months of April 2008 through May 2008, and pursuant to said Order, the Debtors have fourteen (14) days to pay all delinquent amounts owed, plus any amounts accruing during said period. The amount due as of May 30, 2008 is $3,691.80.

DATED: May 16, 2008

                                        NATIONAL CITY MORTGAGE CO.,

                                        By: /s/ *Faiq Mihlar*
                                              Faiq Mihlar of
                                              Heavner, Scott, Beyers & Mihlar, LLC

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to:

| Donald A. Dellorto | Michelle J. Dellorto | Stephen J. Costello, Attorney |
| 9524 Beech Avenue | 9524 Beech Avenue | 19 North Western Ave., Rte. 31 |
| Crystal Lake, Illinois 60014 | Crystal Lake, Illinois 60014 | Carpentersville, Illinois 60110 |

| Lydia Meyer, Trustee | William T. Neary |
| Post Office Box 14127 | Office of the U.S. Trustee, Region 11 |
| Rockford, Illinois 61105 | 780 Regent Street, Suite#304 |
|  | Madison, Wisconsin 53715 |

with postage fully prepaid and by depositing said envelope in a U. S. Post Office Mail Box in Decatur, Illinois on the 16th day of May, 2008.

                                          /s/ *Faiq Mihlar*
                                              Faiq Mihlar

FAIQ MIHLAR (#6274089)
HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
Post Office Box 740
Decatur, Illinois 62525-0740
Telephone: (217) 422-1719